

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | GREGORY ACCARINO<br>*Assistant Corporation Counsel*<br>phone: (212) 356-1945<br>fax: (212) 356-3509<br>gaccari@law.nyc.gov |
|---|---|---|

October 20, 2022

**BY ECF**
Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Robert Majors v. City of New York, et al.</u>
               21-CV-5078 (AMD) (TAM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Pursuant to the Court's September 29, 2022 Order, the parties jointly write to respectfully submit an executed Stipulation and Order of Dismissal for the Court's endorsement. The parties also submit an additional Stipulation and Order of Dismissal of Claims for Future Damages for the Court's endorsement.

      The parties thank the Court for its consideration herein.

      Respectfully submitted,

      */s/ Gregory J.O. Accarino*
      Gregory J.O. Accarino
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

Encls.

CC:    <u>Via ECF</u>
       Thomas Hoffman, Esq.
       Jonathan Hiles, Esq.
       *Attorneys for plaintiff*