UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

ROBERT MAJORS,

                                          Plaintiff,    21 CV 5078 (AMD) (TAM)

                   -against-

THE CITY OF NEW YORK; New York City Police
Department Detective PAUL HEIDER, Det. MICHAEL
SAPRAICONE, Det. STACY CALANTJIS and Det.
WILLIAM NEVINS,

                                                  Defendants.
------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL OF CLAIMS FOR FUTURE DAMAGES

It is hereby STIPULATED AND AGREED by and between the parties, that

1. The claims in Plaintiff's complaint in this action, No. 21-cv-5078, for future damages, including but not limited to future economic losses and future non-economic damages and injuries, against defendants are hereby dismissed with prejudice; and

2. The foregoing dismissal relates solely to Plaintiff's claims for future damages against the defendants. The dismissal is not intended to have any effect on Plaintiff's other claims against defendants.

Dated: New York, New York
10/14, 2022
10/19/2022

| | |
|---|---|
| LAW OFFICES OF THOMAS HOFFMAN, P.C.<br>*Attorneys for Plaintiff*<br>37 Elaine Terrace<br>Yonkers, NY 10701-5257<br>(212) 581-1180<br><br>By: _____<br>Thomas Hoffman<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____ 10/19/22<br>Omar Siddiqi<br>*Attorney for Defendant City of New York*<br><br>By: _____<br>Gregory J.O. Accarino<br>*Attorney for Defendant City of New York* |
| JONATHAN HILES<br>*Attorney for Plaintiff*<br>285 Riverside Drive, Apt. 4C<br>New York, New York 10025<br>(646) 823-6116<br><br>By: _____<br>Jonathan Hiles<br>*Attorney for Plaintiff* | |

SO ORDERED:

_____
HON. Ann M. Donnelly
UNITED STATES District Judge

Dated: _____, 2022