UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

ROBERT MAJORS,

                                     Plaintiff,

-against-

THE CITY OF NEW YORK; New York City Police
Department Detective PAUL HEIDER, Det. MICHAEL
SAPRAICONE, Det. STACY CALANTJIS and Det.
WILLIAM NEVINS,

                                     Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 CV 5078 (AMD) (TAM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
OCT. 19, 2022

LAW OFFICES OF THOMAS HOFFMAN, P.C.
*Attorneys for Plaintiff*
37 Elaine Terrace
Yonkers, NY 10701-5257
(212) 581-1160

By: *[signature]*
Thomas Hoffman
*Attorney for Plaintiff*

JONATHAN HILES
*Attorney for Plaintiff*
285 Riverside Drive, Apt. 4C
New York, New York 10025
(646) 823-6116

By: *[signature]*
Jonathan Hiles
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: *[signature]*
Omar Siddiqi
*Attorney for Defendant City of New York*

By: *[signature]*
Gregory J.O. Accarino
*Attorney for Defendant City of New York*

SO ORDERED:

    s/Ann M. Donnelly
HON. Ann M. Donnelly
UNITED STATES District Judge

Dated: October 20, 2022